[No. 33453-1-I.     Division One.     June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-1-00346-2, Stanley K. Bruhn, J., entered September 24, 1993. *Reversed* by unpublished per curiam opinion.

[No. 28944-6-I.     Division One.     June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ERIC ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01597-8, Anthony P. Wartnik, J., entered August 5, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 31092-5-I.     Division One.     June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC D. PIRELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01591-1, George T. Mattson, J., entered July 2, 1992. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Baker, JJ.

[No. 31865-9-I.     Division One.     June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02823-7, Joan E. DuBuque, J., entered December 14, 1992. *Dismissed* by unpublished per curiam opinion.